IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR34 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DIEGO MENDOZA-AGUILAR and MARIO GARIBAY-REYES, | ) ) | |
| | ) | |
| Defendants | ) | |

This matter is before the court on the defendant Diego Mendoza-Aguilar's Unopposed Motion to Continue Trial [32]. Counsel needs additional time resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [32] is granted as follows:

1. The jury trial, **as to both defendants**, now set for June 25, 2024, is continued to **August 27, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 27, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: June 4, 2024**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**