IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>DIEGO MENDOZA-AGUILAR and<br>MARIO GARIBAY-REYES,<br><br>     Defendant. | 8:24-CR-34<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 88. Having reviewed the record in this case, the Court finds as follows:

  1. On January 22, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendants' interest in $1,423.00 in United States currency. Filing 63.

  2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on January 28, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on March 31, 2025. Filing 87.

  3. The United States advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

  4. The Motion for Final Order of Forfeiture should be granted.

  IT IS ORDERED:

  1. The Plaintiff's Motion for Final Order of Forfeiture, Filing 88, is granted;

2.  All right, title and interest in and to the $1,423.00 seized from the Defendants on or about November 14, 2023, held by any person or entity are forever barred and foreclosed;

3.  The $1,423.00 is forfeited to the Government; and

4.  The Government is directed to dispose of that currency in accordance with the law.

Dated this 1st day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge